AO 10
Rev. 1/2014

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Shubb, William B. | U. S. District Court | 07/02/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Senior U. S. District Court Judge | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

501 I Street
Suite 14-210
Sacramento, CA 95814

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Adjunct professor | University of California at Davis |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shubb, William B. | 07/02/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shubb, William B. | 07/02/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shubb, William B. | 07/02/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BANK ACCOUNTS | | | | | | | | | |
| 2. Bank America (Checking) | A | Interest | K | T | Sold (part) | 07/12/13 | L | | |
| 3. Bank America (Maximizer) | A | Interest | J | T | | | | | |
| 4. Bank America (9-mos CD) | A | Interest | L | T | Buy | 07/12/13 | L | | |
| 5. 1st Community Credit Union | A | Interest | J | T | | | | | |
| 6. | | | | | | | | | |
| 7. ANNUITIES | | | | | | | | | |
| 8. American Skandia - PIMCO Total Return | | None | K | T | | | | | |
| 9. American Skandia - T Rowe Price Large Cap Fund | | None | K | T | | | | | |
| 10. American Skandia - Cohen & Steers Realty Fnd | | None | K | T | | | | | |
| 11. American Skandia - Lord Abbett Core Bond | | None | K | T | | | | | |
| 12. American Skandia - Profund Large Cap | | None | K | T | | | | | |
| 13. | | | | | | | | | |
| 14. Venture Annuity - US Equity Fund | | None | K | T | | | | | |
| 15. | | | | | | | | | |
| 16. LIMITED PARTNERSHIPS | | | | | | | | | |
| 17. Municipal Mortg. & Equity | B | Dividend | K | W | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shubb, William B. | 07/02/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | | | | | |
| 19. RAYMOND JAMES IRA | | | | | | | | | |
| 20. RJ Bank Dep. | A | Dividend | J | T | | | | | |
| 21. Oppenheimer Senior Fltg Rate Fund | A | Dividend | J | T | | | | | |
| 22. | | | | | | | | | |
| 23. RAYMOND JAMES ACCOUNT #1 ▓ ▓ | | | | | | | | | |
| 24. Eagle Tax Free Money Fund | A | Dividend | J | T | Sold (part) | 12/18/13 | K | | |
| 25. Alliance Muni Income CA | A | Dividend | M | T | Buy | 12/18/13 | M | | |
| 26. Columbia CA Tax Exempt | C | Dividend | | | Sold | 12/18/13 | L | | |
| 27. Franklin CA High Yield Muni | C | Dividend | | | Sold | 12/18/13 | L | | |
| 28. Invesco Van Kampen Interm Muni Fund | A | Dividend | K | T | | | | | |
| 29. Mainstay Conservative Allocation Fund | A | Dividend | K | T | Buy | 12/18/13 | K | | |
| 30. WF Advantage Strategic Muni Bond Fund | A | Dividend | J | T | | | | | |
| 31. | | | | | | | | | |
| 32. RAYMOND JAMES ACCOUNT #2 ▓ | | | | | | | | | |
| 33. Eagle Tax Free Money Fund | A | Dividend | J | T | | | | | |
| 34. Alliance Muni Income Ins'd CA | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shubb, William B. | 07/02/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Franklin Income Fund | C | Dividend | L | T | | | | | |
| 36. Franklin Strategic Income Fund | C | Dividend | L | T | | | | | |
| 37. Invesco Van Kampen Equity Income Fund | B | Dividend | L | T | | | | | |
| 38. Oppenheimer Senior Fltg Rate | D | Dividend | M | T | | | | | |
| 39. | | | | | | | | | |
| 40. WF ADVISORS-IRA (B) | | | | | | | | | |
| 41. WF Bank Deposit Sweep | A | Dividend | J | T | | | | | |
| 42. Equally Weighted S&P Fund | A | Dividend | K | T | | | | | |
| 43. New Perspective Fund | A | Dividend | J | T | | | | | |
| 44. | | | | | | | | | |
| 45. WF ADVISORS | | | | | | | | | |
| 46. WF Bank Deposit Sweep | A | Dividend | J | T | Sold (part) | 10/14/13 | K | | |
| 47. Boeing | B | Dividend | K | T | | | | | |
| 48. Chevron | B | Dividend | K | T | Buy (add'l) | 10/14/13 | J | | |
| 49. Coca Cola | A | Dividend | K | T | | | | | |
| 50. General Electric | A | Dividend | K | T | | | | | |
| 51. Intel | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shubb, William B. | 07/02/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Proctor & Gamble | B | Dividend | K | T | Buy (add'l) | 10/14/13 | K | | |
| 53. Investment Company of America | B | Dividend | M | T | Buy (add'l) | 10/14/13 | J | | |
| 54. New Perspective Fund | B | Dividend | M | T | Buy (add'l) | 10/14/13 | J | | |
| 55. | | | | | | | | | |
| 56. | | | | | | | | | |
| 57. IRA - | | | | | | | | | |
| 58. WF Bank Deposit Sweep | A | Dividend | J | T | | | | | |
| 59. Diversified Dividend Fund | A | Dividend | J | T | | | | | |
| 60. Apache Corp. | A | Dividend | K | T | | | | | |
| 61. Sempra Energy | A | Dividend | J | T | | | | | |
| 62. | | | | | | | | | |
| 63. IRA/ROLLOVER of HR-10 | | | | | | | | | |
| 64. WF Bank Deposit Sweep | A | Dividend | K | T | Buy (add'l) | 12/16/13 | J | | |
| 65. Franklin Income Fund | D | Dividend | M | T | | | | | |
| 66. Equally Weighted S&P 500 | B | Dividend | M | T | Sold (part) | 10/08/13 | J | A | |
| 67. Diversified Dividend Fund | B | Dividend | M | T | | | | | |
| 68. JPM International Value Fund | A | Dividend | | | Sold | 06/21/13 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shubb, William B. | 07/02/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Abbott Labs | A | Dividend | K | T | | | | | |
| 70. AbbVie | B | Dividend | L | T | Spinoff (from line 69) | 01/02/13 | K | | |
| 71. A T & T | B | Dividend | K | T | Buy (add'l) | 06/21/13 | J | | |
| 72. Boeing | A | Dividend | J | T | Sold (part) | 09/20/13 | K | E | |
| 73. Bristol Meyers | A | Dividend | K | T | | | | | |
| 74. Catepillar | B | Dividend | L | T | | | | | |
| 75. Chevron | C | Dividend | L | T | Buy (add'l) | 06/21/13 | J | | |
| 76. Coca Cola | B | Dividend | K | T | | | | | |
| 77. Conoco | B | Dividend | L | T | | | | | |
| 78. Dow Chemical | B | Dividend | K | T | | | | | |
| 79. General Electric | B | Dividend | K | T | | | | | |
| 80. Intel | B | Dividend | | | Sold | 10/07/13 | K | D | |
| 81. IBM | B | Dividend | L | T | | | | | |
| 82. Johnson & Johnson | B | Dividend | L | T | Buy (add'l) | 02/12/13 | J | | |
| 83. Phillips 76 | A | Dividend | K | T | | | | | |
| 84. Proctor & Gamble | B | Dividend | K | T | | | | | |
| 85. Sempra Energy | A | Dividend | | | Sold | 10/08/13 | K | E | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shubb, William B. | 07/02/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | Target | A | Dividend | J | T | | | | | |
| 87. | Walt Disney | A | Dividend | K | T | | | | | |
| 88. | Yum Brands | A | Dividend | J | T | | | | | |
| 89. | Aegon 6.375% Pfd 6/15/15 | B | Dividend | K | T | Buy (add'l) | 01/06/13 | J | | |
| 90. | Commonwealth 7.23% Pfd 5/15/16 | C | Dividend | K | T | Buy (add'l) | 09/20/13 | J | | |
| 91. | Delphi Finc'l 7.376% Pfd 5/1/67 | A | Dividend | J | T | | | | | |
| 92. | GE Capital Sr. Notes 2/18/33 (GED) | B | Dividend | | | Sold | 01/18/13 | K | | |
| 93. | GE Capital 4.875% Pfd (GEB) | C | Dividend | L | T | Buy (add'l) | 09/20/13 | J | | |
| 94. | Healthcare REIT 6.5% Pfd | C | Dividend | L | T | Buy (add'l) | 01/16/13 | J | | |
| 95. | | | | | | Buy (add'l) | 06/21/13 | J | | |
| 96. | | | | | | Buy (add'l) | 09/20/13 | J | | |
| 97. | Morgan Stanley 6.45% Pfd 4/15/67 (MSK) | B | Dividend | K | T | | | | | |
| 98. | | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shubb, William B. | 07/02/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Line 19 2012 FDR "WF Advantage Strategic Muni Bond Fund" moved to line 25

Line 20 2012 FDR "Franklin CA High Yield Muni" moved to line 22

Line 29 2012 FDR "Oppenheimer Senior Fltg Rte" moved to line 33

Line 30 2012 FDR "Invesco VanKampen Interm Muni Fund" moved to line 32

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ William B. Shubb**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544